OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Delaware_____ Clerk of District Court       Date _April 6, 2005_
    (District)

_Rodriguez v. First Corr Med_____       C. of A. No. _04-4778_
    (Caption)

_Pedro A. Rodriguez_____
    (Appellant)

_04-cv-00958_____
    (D.C. No.)

Enclosures:

__XX_____ Certified copy of the Court's Order
  (Date)

*__XX_____ Record returned

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

__~~XX~~__ Record not returned at this time until appeal(s) closed at No.(s) _05/1541_

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
           is recalled.

RECEIVED APR -8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

            _Shannon L. Craven_    _(267)-299- 4959_
                Deputy Clerk        Telephone Number

         *_____    (267)-299-_____
             Record Processor    Telephone Number

Receipt Acknowledge:
_EL Strickler_
  (Name) 4/8/05
  (Date)
Rev. 3/13/00
Appeals (Record)