K.A.J. 04-958

Judge, Kent A. Jordan

Dear sir,

This letter is to inform you that my case has once again been denied because it lacked merit. I am doing everything in my power / knowledge to cause my case to meet the Courts standards, but the Courts keep rejecting my cause. Sir, I still suffer with nerve damage and my condition seem to be progressing and according to Dr. Hershey's diagnosis, from Christiana Care, it appear that theres nothing more for him to do concerning my nerve condition. Pls. assist me where my case lacks merit in the simplist terms. Your attention, time and efforts in this 'matter' are greatly appreciated.

Sincerely, Pedro Rodriguez

[Stamp: FILED APR 29 2005, U.S. DISTRICT COURT, DISTRICT OF DELAWARE]
Dr. 26th, 05 7:46 pm





Mr. Pedro Rodriguez - 287536
M.C.C.
301 Water St.
Dover, De. 19904

Office of the Clerk
United States Dist. Court
844 N. King St. Lockbox 18
Wilmington, De. 19801-3570

KAJ-04-958

Case 1:04-cv-00958-KAJ    Document 12    Filed 04/29/2005    Page 4 of 4