OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 3, 2005

TO: Pedro Rodriguez
    Morris Community Corrections Center
    300 Water Street
    Dover, DE 19904
    SBI #245216

**RE: Letter dated 4/26/05; 04-958 KAJ**

Dear Mr. Rodriguez:

   The above referenced letter, DI 12, has been received by this office requesting assistance in the above mentioned case. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

                                         Sincerely,

/bad                                     PETER T. DALLEO
                                         CLERK

cc: The Honorable Kent A. Jordan; CA 04-958 KAJ

K.A.J. 04-958

(12)

Judge, Kent A Jordan

Dear sir,

FILED Apr 2[?]th, 05
APR 29
7:46 pm

This letter is to inform you that my case has once again been denied because it lacked merit. I am doing everything in my power/knowledge to cause my case to meet the Courts standards, but the Courts keep rejecting my cause. Sir, I still suffer with nerve damage and my condition seem to be progressing, and according to Dr. Hershey's diagnosis, from Christiana Care, it appears that there's nothing more for him to do concerning my nerve condition. Pls. assist me where my case lacks merit in the simplist terms. Your attention, time, and efforts in this matter are greatly appreciated.

Sincerely, Pedro Rodriguez.