KAJ. 04-958

Att:                           5/30/05
Honorable, Kent A. Jordan

    This is my verbal request and motion for appointment of counsel. I am unlearned in law and petitioner is indigent. Secondly, petitioner respectfully ask this court to Amend, if this isn't feasible the petitioner humbly ask this court to acknowledge a Motion for reconsideration.

    Thank you for your time efforts and attention.

                     Respectfully,
                     Mr. Pedro A. Rodriguez

**FILED**
JUN - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Mr. Pedro Rodriguez
M.C.C.
200 Water St.
Dover, DE. 19904

Office of the Clerk
United States Dist. Court
844 N. King St. Lockbox 18
Wilmington, DE. 19801-3570

S.M.S.

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR FACTS INCURRED OR FOR THE CONTENTS OF THE LETTER