KAJ 04-958

To Whom it may concern, my new mailing address is 718 S. Broom St. Wilm, De. 19805. Pls. forward Any/All mail to the Aforementioned address. Thank you for your Attention and assistance.

Sincerely, Mr. Pedro A. Rodriguez

FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FLOMAX
TAMSULOSIN HCl CAPSULES 0.4 MG
GO WITH THE FLO
Please see full Prescribing Information on the last pages of the pad.
FL-9638



Mr. Pedro Rodriguez
718 S. Broom St.
Wilmington, DE
19805

Office of the Clerk
United States Dist. Court
844 King St., Locker Box 18
Wilmington, DE 19801-3570