~~Other~~ Events
1:04-cv-00958-KAJ Rodriguez v. First Correctional, et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 7/20/2005 at 10:42 AM EDT and filed on 7/20/2005
**Case Name:**        Rodriguez v. First Correctional, et al
**Case Number:**      1:04-cv-958
**Filer:**            Pedro A. Rodriguez
**Document Number:**

**Docket Text:**
Initial Partial Filing Fee Received from Pedro A. Rodriguez: $ 12.83, receipt number 140004 (rbe, )

The following document(s) are associated with this transaction:

**1:04-cv-958 Notice will be electronically mailed to:**

**1:04-cv-958 Notice will be delivered by other means to:**

Pedro A. Rodriguez
#245216
Morris Community Corrections Center
300 Water Street
Dover, DE 19904

```
              UNITED STATES
              DISTRICT COURT
              District of Delaware
                 Wilm. Division

              #  140004   -  ED
              July 20, 2005

     Code      Case #       Qty      Amount

     PL5100   1-04-CV-958            12.83 CA


     Total->                         12.83



     FROM: PEDRO RODRIQUEZ
           CK 46606157664 TRAVELERS EXP
           300 WATER STREET
           DOVER, DE 19904
```

