IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEDRO A. RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-958-KAJ |
| FCM OR FIRST CORRECTIONAL MEDICAL, and THE DELAWARE DEPT. OF CORRECTIONS, | ) |
| Defendants. | ) |



**AUTHORIZATION**

I, Pedro A. Rodriguez, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $12.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated October 25, 2004.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 2nd, 2005

Pedro A. Rodriguez



Mr. Pedro Rodriguez
400 E. 04th St. apt. B4
Wilmington, DE. 19801

Office of the Clerk
United States Dist. Court
844 N. King St., Locker Box 18
Wilmington, DE. 19801-3570