OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK



LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

CA 04-958 KAJ

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

PEDRO A. RODRIGUEZ
#245216
Morris Community Corrections Center
300 WATER STREET
DOVER, DE 19904

J PALUMBO
Deputy Clerk
573-6170
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

LKA: 400 E 5th ST
     APT B4
     Wilm DE
     19801

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Pedro A. Rodriguez
400 East 5th Street
Apt. B-4
Wilmington, DE 19801

A ☐ INSUFFICIENT ADDRESS
C ■ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/ STREET
  ☐ NOT DELIVERABLE AS ADDRESSED   ☐ OTHER
  - UNABLE TO FORWARD

RTS RETURN TO SENDER