IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEDRO A. RODRIGUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 04-958-KAJ |

**ORDER**

WHEREAS, plaintiff Pedro A. Rodriguez ("Rodriguez") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 25, 2004 the Court entered an order granting leave to proceed *in forma pauperis* (D.I. 6);

WHEREAS, on July 29, 2005, Rodriguez provided the Court with a new address;

WHEREAS, on August 9, 2005, a receipt for partial payment of filing fee was mailed to Rodriguez at the new address he provided;

WHEREAS, on August 16, 2005, the receipt was returned to the court as undeliverable;

WHEREAS, Rodriguez apparently is no longer at the address he provided the Court and has failed to inform the Court of his current address and no action has been taken in this matter for a period of at least three months;

THEREFORE, at Wilmington this 29th day of December, 2005, IT IS HEREBY

ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to D. Del. L.R. 41.1 (1995).

_____<br>
United States District Judge